LUCIEN DiPIETRO *v.* SIBBALD MASON CONTRACTING INC. ET AL.

The motion by the named defendant to dismiss the appeal from the Court of Common Pleas in Hartford County is granted.

*J. Brooks Johnson, Jr.,* for the appellee (named defendant).

*Thomas H. Corrigan,* for the appellant (plaintiff).

Argued November 1—decided November 2, 1966

ROBERT FINK *v.* MILAGROS COX
(SUPERIOR COURT No. 121412)

ROBERT FINK *v.* MILAGROS COX ET AL.
(SUPERIOR COURT No. 121894)

ROBERT FINK *v.* MILAGROS COX ET AL.
(SUPERIOR COURT No. 121895)

The motion by the plaintiff for a directed judgment, pursuant to Practice Book § 696, in the appeal from the Superior Court in Fairfield County in each of the above-entitled cases is dismissed without prejudice.

*David S. Maclay,* for the appellant (plaintiff).

*William A. Phillips,* for the appellees (defendants).

Argued November 1—decided November 3, 1966